[No. 6096. Decided September 10, 1906.]

HERBERT G. FREEMAN, *Appellant*, v. F. H. GLOYD *et al.*, *Respondents.*1

Appeal from a judgment of the superior court for Yakima county, Rudkin, J., entered January 10, 1905. Affirmed.

*H. J. Snively* and *Fred Parker*, for appellant.

*Ira P. Englehart* and *Carroll B. Graves*, for respondents.

PER CURIAM—The questions involved on this appeal are the same as those in the case of *Freeman v. Gloyd, ante*, p. 607, 86 Pac. 1051, and must be affirmed for the reasons therein stated. It is so ordered. Neither party will recover costs.